UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DIANE FARINELLA,
                            Plaintiff,

                      20 Civ. 10814 (LGS)

          -against-

                      ORDER

LVNV FUNDING, LLC, et al.,

                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, this Court's Order, dated January 26, 2021, required the parties to file a proposed joint letter and case management plan by April 1, 2021.  Dkt. No. 9.

       WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

       **ORDERED** that, if Plaintiff has been in communication with Defendants, then the parties shall file the joint letter and proposed case management plan by **April 5, 2021**.  If Plaintiff has not been in communication with Defendants, by **April 5, 2021**, Plaintiff shall file a status letter (1) apprising the Court of the efforts to serve Defendants; (2) proposing a deadline by which to move for default judgment against Defendants pursuant to this Court's Individual Rules; and (3) requesting adjournment of the initial conference.

Dated: April 2, 2021
       New York, New York

                                                               **LORNA G. SCHOFIELD**
                                                              **UNITED STATES DISTRICT JUDGE**