```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DIANE FARINELLA,                                            :
                                Plaintiff,                  :
                                                            :    20 Civ. 10814 (LGS)
            -against-                                       :
                                                            :    ORDER
LVNV FUNDING, LLC, et al.,                                  :
                                Defendants.                 :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for May 20, 2021. Dkt. No. 22.

WHEREAS, on April 5, 2021, the parties filed a joint letter (Dkt. No. 13), and on May 13, 2021, the parties filed a proposed case management plan (Dkt. No. 23).

WHEREAS, in the proposed case management plan, the parties propose a settlement conference before a magistrate judge if they are not able to settle this matter on their own. Dkt. No. 23.

WHEREAS, no other significant issue were raised in the parties' joint letter or proposed case management plan. *See* Dkt. Nos. 13 and 23. It is hereby

**ORDERED** that the May 20, 2021, initial pretrial conference is **CANCELED**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. A referral to a magistrate judge for settlement discussions and the case management plan will issue separately.

Dated: May 18, 2021
      New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE