UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DIANE FARINELLA,
                          Plaintiff,
              -against-                            20 Civ. 10814 (LGS)

LVNV FUNDING, LLC, et al.                       ORDER
                          Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a status letter was due on July 19, 2021. Dkt. No. 31.

      WHEREAS, no such letter was filed. It is hereby

      **ORDERED** that, by **July 22, 2021**, the parties shall file a status letter, as outlined in Individual Rule IV.A.2.

      Dated: July 20, 2021
      New York, New York

                                                **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**